AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:19-cr-00413 | Date and time warrant executed: 5-1-2019, 11:00 AM | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: Inspector L.R. Moody & Det. S.E. August | | |
| Inventory of the property taken and name of any person(s) seized: Priority Mail parcel 9505 5102 5292 9115 1663 41 which contained $7900 in US Currency concealed inside a DVD player | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 1, 2019

*Executing officer's signature*

Fred Moody, US Postal Inspector
*Printed name and title*